UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARCUS ANTOINE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| DR. ARGILA, ) | No. 5:14-CV-383-FL |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on April 15, 2015, that the court ADOPTS the findings and recommendations of the United States Magistrate Judge in full and for reasons stated more specifically therein, plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

**This Judgment Filed and Entered on April 15, 2015, and Copies To:**

Marcus Wilson (via U.S. Mail) Heritage Care, 1650 Cokey Rd., Rocky Mount, NC 27801

| | |
|---|---|
| April 15, 2015 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |